1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11
   TERRY NELSON,                          Federal Case No.: 5:15-CV-04615-EJD
12
              Plaintiff,
13
        vs.                               **STIPULATED REQUEST FOR**
14                                        **DISMISSAL OF DEFENDANT HAWES**
   EXPERIAN INFORMATION SOLUTIONS,        **FINANCIAL GROUP, INC.; [PROPOSED]**
15 INC.; et. al.,                         **ORDER**

16            Defendants.

17

18 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19        IT IS HEREBY STIPULATED by and between plaintiff Terry Nelson and defendant

20 Hawes Financial Group, Inc., that Hawes Financial Group, Inc. be dismissed from this action with

21 prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall

22 bear its own attorneys' fees and costs.

23 //

24 //

25 //

26 //

27 //

28 //

| | | |
|---|---|---|
| 1 | DATED:  February 24, 2016 | Sagaria Law, P.C. |
| 2 | | By:   */s/ Elliot W. Gale* |
| 3 | | Elliot W. Gale |
| | | Attorneys for Plaintiff |
| 4 | | Terry Nelson |
| 5 | | |
| 6 | DATED:  February 24, 2016 | Professional Credit Service |

By:   */s/Megan Salsbury*
Megan Salsbury
Attorneys for Defendant
Hawes Financial Group, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Megan Salsbury has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Hawes Financial Group, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE