Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| TERRY NELSON,<br><br>           Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>           Defendants. | Federal Case No.: 5:15-CV-04615-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT HAWES FINANCIAL GROUP, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Terry Nelson and defendant Hawes Financial Group, Inc., that Hawes Financial Group, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

DATED:  February 24, 2016            Sagaria Law, P.C.

                                     By:    /s/ Elliot W. Gale
                                            Elliot W. Gale
                                     Attorneys for Plaintiff
                                     Terry Nelson


DATED:  February 24, 2016            Professional Credit Service


                                     By:    /s/Megan Salsbury
                                            Megan Salsbury
                                     Attorneys for Defendant
                                     Hawes Financial Group, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Megan Salsbury has concurred in this filing.

*/s/ Elliot Gale*


### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Hawes Financial Group, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED: April 4, 2016                 _____
                                     EDWARD J. DAVILA
                                     UNITED STATES DISTRICT JUDGE