UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY NELSON,<br><br>        Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No. 5:15-cv-04615-EJD<br><br>**ORDER TO SHOW CAUSE** |

On May 10, 2016, the court issued an order requiring Plaintiff and Defendant Experian Information Solutions, Inc. to complete mediation within 90 days. Dkt. No. 31. However, based on the parties' most recent joint statement (Dkt. No. 35), it does not appear they completed mediation as instructed, and the time to do so has expired.

Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on **September 8, 2016, at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or dismissal of this action, on the parties, or any of them, for willful disobedience of a court order.

The parties may file a response to this order demonstrating good cause why sanctions should not be imposed on or before **September 1, 2016**, and in doing so must explain their failure to comply with the deadline to complete ADR.

In light of this order, the Status Conference scheduled for August 25, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated: August 22, 2016

                                                          EDWARD J. DAVILA
                                                          United States District Judge