SCOTT J. SAGARIA (BAR # 217981)
ELLIOT W. GALE (BAR # 263326)
JOE ANGELO (BAR # 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, Floor 5
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

|  |  |
|---|---|
| **TERRY NELSON,** | Case No.: 5:15-cv-04615-EJD |
| Plaintiff, | **NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al.,** | |
| Defendants. | |

**TO THE COURT, CLERK OF THE COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** plaintiff Terry Nelson and defendant Experian Information Solutions, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above-captioned case and are in the process of documenting said settlement.   The parties anticipate that this matter will be dismissed within thirty (30) days.  Accordingly, the parties respectfully request that all pending dates and filing requirements as to Experian Information Solutions, Inc. be vacated.

Dated: August 24, 2016         By:

**SAGARIA LAW, P.C.**

*/s/ Elliot Gale*
Elliot Gale
Attorneys for Plaintiff