# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TERRY NELSON,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 5:15-cv-04615-EJD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the settlement between Plaintiff and the sole remaining defendant Experian Information Solutions, Inc., the parties are ordered to appear before the Honorable Edward J. Davila on **October 6, 2016, at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **September 29, 2016**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **September 29, 2016.**

All other pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action. The prior Order to Show Cause issued on August 22, 2016 (Dkt. No. 38), is

1   DISCHARGED and the hearing is VACATED.

3   **IT IS SO ORDERED.**

4   Dated: August 26, 2016

```
                                      _____
                                      EDWARD J. DAVILA
                                      United States District Judge
```