Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| TERRY NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>    Defendants. | Federal Case No.: 5:15-CV-04615-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  IT IS HEREBY STIPULATED by and between plaintiff Terry Nelson and defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

DATED: October 4, 2016        Sagaria Law, P.C.

                              By: ___/s/ Elliot W. Gale___
                                      Elliot W. Gale
                              Attorneys for Plaintiff
                              Terry Nelson

DATED: October 4, 2016        Jones Day

                              By: ___/s/ Katherine A. Neben___
                                      Katherine A. Neben
                              Attorneys for Defendant
                              Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Katherine A. Neben has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian is dismissed with prejudice.

IT IS SO ORDERED.   THE CLERK SHALL CLOSE THE FILE.

DATED: 10/4/2016              _____
                              EDWARD J. DAVILA
                              UNITED STATES DISTRICT JUDGE